UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                          2:96-cr-27-FtM-29DNF

RONALD G. FARAH
_____

**OPINION AND ORDER**

This matter comes before the Court on defendant Ronald G. Farah's Notice to the Court to Consider Writ of Audita Querela (Doc. #712), filed on May 19, 2008. The Court will treat the Notice as a motion.

Defendant relies on a district court opinion in the Western District of Washington for the proposition that he is entitled to a *writ of Audita Querela* to allow him to challenge his sentence under United States v. Booker, 543 U.S. 220 (2005). The Court finds more persuasive United States v. Jackson, 157 Fed. Appx. 252 (11th Cir. 2005) which held that such a writ is not available in circumstances such as this. The Court finds no other bases for jurisdiction.

Accordingly, it is now

**ORDERED**:

Defendant's Notice to the Court to Consider Writ of Audita Querela (Doc. #712), treated as a motion, is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __21st__ day of May, 2008.

JOHN E. STEELE
United States District Judge

Copies:
AUSA Molloy
Ronald G. Farah